UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | 07 C 5183 |
| | ) | |
| AURELIANO VALAZQUEZ, individually and | ) | Judge Gottschall |
| d/b/a ALEGRE RESTAURANT & BAR and | ) | |
| ALEGRE RESTAURANT & BAR, | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## MOTION TO ENTER JUDGMENT PURSUANT TO SETTLEMENT

**NOW COMES** the Plaintiff, J&J SPORTS PRODUCTIONS, INC., by its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., respectfully requests that this Honorable Court enter judgment pursuant to the terms of the settlement and in support thereof, states as follows:

1.  On January 9, 2008 this matter was dismissed pursuant to stipulation inasmuch as the parties had entered into a Settlement Agreement.

2.  Pursuant to the terms of the Settlement Agreement, Defendants were to pay a total sum of $12,000.00 with an initial payment of $2,000 and 10 monthly payments of $1,000 thereafter (*A copy of the Settlement Agreement is attached hereto as Exhibit "A"*).

3.  Plaintiff's counsel received a $2,000 payment on January 8, 2008 and on April 21, 2008 received a $1,000 payment.

4.  Despite many requests to defense counsel for payment of the missed monthly payments, no additional payments have been received by Plaintiff.

5.  Pursuant to the terms of the Settlement Agreement, on August 7, 2008 Plaintiff sent a Notice of Default to defense counsel (*A copy of Zane D. Smith's correspondence of August 7, 2008 is attached hereto as Exhibit "B"*).

6.  Pursuant to the terms of the Settlement Agreement, in the event of default on the part of the Defendants, judgment will be entered against Aureliano Valazquez in the amount of $15,000 as a sanction for failing to perform under the terms of the Settlement Agreement (*See*

*Exhibit "A" at ¶3*) as well as attorney's fees and costs incurred in the enforcement of the terms of the Settlement Agreement (*See Exhibit "A" at ¶6*).

      7.      In light of the $3,000 previously paid by Defendants, Plaintiff requests judgment against Aurelia no Valazquez in the amount of $12,000.00 and fees and costs incurred with the enforcement of the Settlement Agreement in the amount of $500.00.

      WHEREFORE, Plaintiff, J&J SPORTS PRODUCTIONS, INC., prays this Honorable Court enter judgment against Aureliano Valezquez in the amount of $12,500.00 and for any additional relief this Honorable Court deems just.

      //s/ Zane D. Smith
      Zane D. Smith

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, IL 60610
(312) 245-0031
(312) 245-0022 - Fax

## CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on August 28, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

      //s/ Zane D. Smith
      Zane D. Smith